## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION
## CRIMINAL ACTION NO. 5:21-CR-00026-TBR

**ANGELA DAWN MOORE**                                                                 **DEFENDANT**

**v.**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

### MEMORANDUM OPINION AND ORDER

Before the Court is a letter from Defendant Angela Moore requesting her period of incarceration be completed under house arrest that the Court construed as a Motion for Home Detention. [DN 29]. The United States responded, [DN 31], and this matter is now ripe for review. For the reasons stated below, Moore's motion is **DENIED**.

On February 25, 2022, Moore pled guilty to eleven counts of Wire Fraud, one count of Theft of Government Funds, and one count of Aggravated Identity Theft. [DN 19]. On June 29, 2022, Moore was sentenced to a term of imprisonment of one day for Counts 1-12 to be served concurrent with each other and twenty-four months—the statutory minimum for Aggravated Identity Theft under 18 U.S.C. § 1028A(a)(1)—for Count 13 to be served consecutive to the other terms imposed, for a total term of 24 months and 1 day imprisonment. [DN 26]. Now, a week after her sentencing, Moore requests to serve the remainder of her term through home detention. [DN 29]. The United States responded, opposing Moore's motion, arguing that defendant's ineligibility for probation under 18 U.S.C § 1028A(a)(1) prevents the Court from allowing home detention for her sentence. [DN 31]. Alternatively, the placement for the service of her sentence shall be determined by the Bureau of Prisons. 18 U.S.C. § 3621. The Court agrees.

The Court has received numerous letters on Moore's behalf discussing her remorse and the adverse effects her incarceration has on her family. The Court is sympathetic to the situation;

1

however, the law simply does not allow the Court to convert Moore's term of imprisonment to home detention and the Motion must be **DENIED**. [DN 29].

The Court reminds Moore that it is her responsibility to advise the Court through written notice of any change in address. The Court's previous Order was returned undeliverable. Accordingly, the Clerk of Court is **directed** to mail Defendant Moore a copy of DN 28.

**IT IS SO ORDERED**.

Thomas B. Russell, Senior Judge
United States District Court

July 28, 2022

cc: Counsel

**Angela Dawn Moore**, *pro se*
GRAYSON COUNTY DETENTION CENTER
320 Shaw Station Road
Leitchfield, KY 42754